UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY McCOY,
    *Plaintiff*,

v.

CARON *et al.*,
    *Defendants*.

No. 3:20-cv-1011 (JAM)

**ORDER GRANTING UNOPPOSED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Anthony McCoy filed an amended complaint *pro se* and *in forma pauperis* under 42 U.S.C. § 1983 in which he alleged in relevant part that while he was imprisoned in the custody of the Department of Correction the defendants violated his procedural due process rights in connection with an administrative segregation hearing.[1] He alleged that he was denied an opportunity to call three witnesses in his favor and to review exculpatory video evidence.[2]

The defendants have now moved for summary judgment, and McCoy has not filed any objection or response. Therefore, I accept as true the well-supported facts as set forth in the defendants' statement of material facts and review these undisputed facts to determine whether the defendants have established that there are no genuine issues of fact for trial. *See* D. Conn. L. Civ. R. 56(a); *see also Jackson v. Federal Exp.*, 766 F.3d 189, 194–95 (2d Cir. 2014); *Cooper v. Doe*, 2021 WL 66437 (D. Conn. 2021).

The defendants' evidence establishes that the three witnesses requested by McCoy for the hearing could not be located and that McCoy did not identify or state what information these witnesses would have provided.[3] The evidence also establishes that McCoy did not refer to the

---

[1] Doc. #17.
[2] *Id.* at 12.
[3] Doc. #30-2 at 4 (¶ 10), 5 (¶ 13).

1

alleged missing video at the hearing.[4] The evidence does not otherwise suggest any denial or irregularity that would suffice to establish a genuine issue of fact for trial. Accordingly, I will grant the defendants' unopposed motion for summary judgment for the reasons set forth by the defendants in their supporting memorandum of law.[5]

## CONCLUSION

The Court GRANTS the defendants' motion for summary judgment (Doc. #30). The Clerk of Court shall close this case.

It is so ordered.

Dated at New Haven this 28th day of February 2022.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge

---

[4] *Id.* at 5 (¶ 12).
[5] Doc. #30-1.